**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00306-GPG

BAKARI DARNELL MACKEY,

      Plaintiff,

v.

UNITED STATES OF AMERICA,

      Defendant.

---

**ORDER OF DISMISSAL**

---

On February 12, 2015, Plaintiff, Bakari Darnell Mackey, submitted to the court a complaint (ECF No. 1).   As part of the court's review pursuant to D.C.COLO.LCivR 8.1(b), the court determined that Mr. Mackey's pleadings were deficient.  In an order entered on February 12, 2015, Magistrate Judge Gordon P. Gallagher directed Plaintiff to cure certain deficiencies if he wished to pursue his claims.  Specifically, Magistrate Judge Gallagher informed Plaintiff to file a request to proceed in forma pauperis pursuant to § 1915 on proper Court-approved forms.  (ECF No. 3).  That Order specifically informed Plaintiff that his action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Plaintiff has failed to cure the deficiencies within the time allowed.  In fact, he has not made any contact with the Court since the time he initially filed his Complaint on February 12, 2015.  Therefore, the action will be dismissed without prejudice for failure

to cure the noted deficiencies.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status is denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal he must also pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

**ORDERED** that the Complaint and the action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure the deficiencies and for failure to prosecute.  It is

**FURTHER ORDERED** that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this __25th__ day of March, 2015.

BY THE COURT:


   __s/Lewis T. Babcock_____
LEWIS T. BABCOCK, Senior Judge
United States District Court

2