**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00306-GPG

BAKARI DARNELL MACKEY,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

**JUDGMENT**

---

Pursuant to and in accordance with the **Order of Dismissal** entered by Lewis T.

Babcock, Senior District Judge, on March 25, 2015, it is hereby

    **ORDERED** that **Judgment** is entered in favor of Defendant and against Plaintiff.

    DATED at Denver, Colorado, this 25 day of March, 2015.

                                        FOR THE COURT,

                                        JEFFREY P. COLWELL, Clerk


                                        By: s/A. Thomas
                                            Deputy Clerk